Louis J. Shudnow, Trading as Chicago Bowling Machine Company, Appellee, v. City of Chicago, Appellants.

Gen. No. 44,867.

Heard in the second division, first district, this court at the October term, 1949. Benjamin

S. Adamowski, Corporation Counsel, for appellants; L. Louis Karton, Head of Appeals and Review Division, and Harry H. Pollack, Assistant Corporation Counsel, of counsel; Bernard Weissbourd, for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed June 13, 1950; released for publication June 26, 1950.